**FILED**
APR 0 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 273 |
| v. | ) | |
| GERBER WILFREDO PORTILLO | ) | Violation: Title 18, United States Code, Section 844(e) |

JUDGE GRADY

## COUNT ONE

The **SPECIAL FEBRUARY 2008-1 GRAND JURY** charges: MAGISTRATE JUDGE MASON

On or about January 3, 2008, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, and elsewhere,

GERBER WILFREDO PORTILLO,

defendant herein, willfully, through the use of the mail, made a threat concerning an attempt and alleged attempt being made and to be made, to kill any individual and unlawfully to damage and destroy any building by means of an explosive, namely, by mailing and causing the delivery of a package addressed to "U.S. Citizenship and Immigration Service, PO Box 6943, Chicago, IL, 60680-6943" and which contained a note threatening death to occupants of a building by means of 35 bombs;

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY