FILED

APR 0 8 2008

JUDGE JOHN F. GRADY
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 273 |
| | ) | Judge John F. Grady |
| | ) | |
| GERBER WILFREDO PORTILLO | ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name:
> Date of Birth:
> Sex:
> Race:
> Prisoner No.

has been and now is, in due form and process of law, detained in the following institution:

> Arlington County Detention Center
> 1435 N. Courthouse Road
> Arlington, Virginia

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violation of Title 18, United States Code, Section 844(e), and is now wanted in such division and district on Wednesday, April 30, 2008 at 9:30 a.m., for arraignment before the Honorable John F. Grady, United States District Judge, Dirksen Building, 219 S. Dearborn, Chicago, Illinois, Courtroom 2201.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>Northern District of Illinois<br>Chicago, Illinois | WARDEN<br>Arlington County Detention Center<br>1435 N. Courthouse Road<br>Arlington, Virginia |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that GERBER WILFREDO PORTILLO shall be remanded to the Metropolitan Correctional Center, 71 West Van Buren, Chicago, IL 60605, or such other institution as directed by the United States Bureau of Prisons, until the conclusion of the proceedings in the instant case number 08 CR 273.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
MAUREEN E. MERIN
Assistant U. S. Attorney
219 S. Dearborn, Suite 500
Chicago, Illinois 60604
(312) 353-1457