## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 273 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. Gerber Wilfredo Portillo | | |

**DOCKET ENTRY TEXT**

Petition for writ of habeas corpus ad prosequendum is granted. Order writ of habeas corpus ad prosequendum to issue as to Gerber Wilfredo Portillo returnable on 04/30/08 at 9:30 a.m. in courtroom 2201. Enter order.

Docketing to mail notices.

Writs Issued
APR 0 9 2008

| | Courtroom Deputy Initials: | JD |
|---|---|---|