UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | No.    08 CR 273 |
| ) | Judge John F. Grady |
| ) | |
| GERBER WILFREDO PORTILLO ) | |

### O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

        Name:
        Date of Birth:
        Sex:
        Race:
        Prisoner No.

has been and now is, in due process of law, incarcerated in the following institution:

        Arlington County Detention Center
        1435 N. Courthouse Road
        Arlington, Virginia

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 844(e), and that said defendant should appear in this case in the United States District Courthouse, 219 S. Dearborn, Chicago, Illinois, on Wednesday, April 30, 2008 at 9:30 a.m., for arraignment before the Honorable James F. Grady, United States District Judge, Courtroom 2201.

    IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | Arlington County Detention Center |
| Chicago, Illinois | 1435 N. Courthouse Road |
| | Arlington, Virginia |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
The Honorable John F. Grady
United States District Judge

DATED at Chicago, Illinois
this 9 day of April, 2008