# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 273 | **DATE** | 4/30/2008 |
| **CASE TITLE** | USA vs. Gerber Wilfredo Portillo | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Arraignment held. The defendant enters a plea of not guilty to the indictment. Enter order appointing Matthew Joseph Madden as counsel for the defendant. Status hearing set for 05/28/08 at 9:30 a.m. Pretrial motions due by 05/21/08. Order excludable delay pursuant to 18:3161 (h)(8)(A)(B) until 05/28/08 to permit the handling of pretrial motions. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|