# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States of America
vs.

Portillo

Case Number: 08 CR 273

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Gerber Portillo

FILED
4-30-08
APR 30 2008
JUDGE JOHN F. GRADY
United States District Court

| NAME (Type or print) |
|---|
| Matthew Joseph Madden |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ [signature] |

| FIRM |
|---|
| FEDERAL DEFENDER PROGRAM |

| STREET ADDRESS |
|---|
| 55 E. Monroe Street, Suite 2800 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 312/621-8300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ✓ |