## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                        Case No.: 1:08−cr−00273
                                                        Honorable John F. Grady

Gerber Wilfredo Portillo

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable John F. Grady:Change of plea hearing held and continued to 7/16/2008 at 11:30a.m. Time is excluded until 07/08/2008 to permit plea negotiations, pursuant to 18 U.S.C. §3161(h)(1). Time begins 7/8/2008. Time ends 7/16/2008. Mailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.