## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 273 - 1 | **DATE** | 7/16/2008 |
| **CASE TITLE** | U.S.A. vs. Gerber Wilfredo Portillo | | |

**DOCKET ENTRY TEXT**

(Defendant Gerber Wilfredo Portillo only). Change of plea hearing held on 7/16/2008. Defendant withdraws his plea of not guilty and enters a plea of guilty to Count I of the indictment. Defendant informed of his rights. After further questioning by the Court, the Court is satisfied that the defendant is able to enter a plea of guilty at this time. Judgment of guilty entered. Case referred to the Probation Office for a pre-sentence investigation. Sentencing set for 10/16/2008 at 9:30 a.m. Defendant to remain in custody until further order of court.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SB |
|---|---|---|